J S -6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE MAYFIELD AKA DESHAWN WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO SHERIFF DOES 1-5,<br><br>　　　　　　Defendants. | Case No. 5:24-cv-00773-SSS (SPx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (Doc. 16)** |

On September 10, 2024, the Parties filed a Joint Stipulation for Dismissal With Prejudice.

The Parties request the Court to dismiss the case with prejudice, that each party shall bear their own attorney's fees and costs in this action, and that Plaintiff waives his right to appeal.

The Court having considered the Parties' Joint Stipulation for Dismissal With Prejudice, and finding good cause, here GRANTS the Joint Stipulation for Dismissal With Prejudice and ORDERS as follows:

1. Plaintiff's Complaint (Dkt. No. 1) and this entire action and all of Plaintiff's claims against Defendant County of San Bernardino and County of San Bernardino Sheriff DOES 1-5 are hereby DISMISSED with prejudice;
2. All parties shall bear their own attorney's fees and costs in this action; and
3. Plaintiff has waived and foregone any rights to appeal with respect to any issues, rulings, or orders in this action.

IT IS SO ORDERED.

Dated: September 19, 2024

_____
SUNSHINE S. SYKES
United States District Judge